KSC/09.05.24
AOA: USAO #2023R00384

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. SAG-23-331 |
| v. | * | |
| | * | |
| DAYTWANN TYRELL BROUGHTON, | * | (Possession with Intent to Distribute |
| a/k/a "Harvey," | * | Controlled Substances, 21 U.S.C. § 841; |
| | * | Forfeiture, 21 U.S.C. § 853) |
| Defendant. | * | |
| | * | |

## SUPERSEDING INFORMATION

### COUNT ONE
(Possession with the Intent to Distribute Controlled Substances)

The United States Attorney for the District of Maryland charges that:

On or about May 2, 2023, in the District of Maryland, the Defendant,

**DAYTWANN TYRELL BROUGHTON,**
a/k/a "Harvey,"

did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)
21 U.S.C. § 841(b)(1)(B)

## FORFEITURE

The United States Attorney for the District of Maryland further charges that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, in the event of the Defendant's conviction of the offense alleged in Count One of this Superseding Information.

### Narcotics Forfeiture

2. Upon conviction of the offense alleged in Count One of this Superseding Information, the Defendant

**DAYTWANN TYRELL BROUGHTON,**
a/k/a "Harvey,"

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense(s); and

   b. any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such offense(s).

3. The property to be forfeited includes, but is not limited to, the following:

   a. a Glock 32 .357 handgun bearing serial number BMV5234;

   b. a Kel-Tec Sub 2000 9mm handgun bearing serial number FFH425;

   c. an Omni 5.56 AR pistol bearing serial number N5262897;

   d. a Smith & Wesson M&P 38 Special handgun bearing serial number CUY7092;

   e. a box containing assorted ammunition seized from 10875 Sherwood Hill Road, Owings Mills, Maryland on or about May 2, 2023;

    f. loose assorted ammunition seized from 10875 Sherwood Hill Road, Owings Mills, Maryland on or about May 2, 2023;

    g. a Smith & Wesson M&P Shield 9mm handgun bearing serial number JDA4090, and any ammunition loaded therein; and

    h. approximately $205 in U.S. currency.

## Substitute Assets

4. If any of the property described above as being subject to forfeiture, as a result of any act or omission by the Defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property, pursuant to 21 U.S.C. § 853(p).

21 U.S.C. § 853

*Erek L. Barron*
Erek L. Barron
United States Attorney

A TRUE BILL

Foreperson
Date: